## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARICUSA CIRINO,** | ) | |
| Plaintiff**,** | ) | |
| | ) | **C. A. No.: 3:17-cv-00877 WWE** |
| **v** | ) | |
| | ) | |
| **IC SYSTEM,** | ) | **July 24, 2017** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.


DATED:  July 24, 2017            */s/* Angela K. Troccoli
                                 Angela K. Troccoli, Esquire, ct28597
                                 Kimmel & Silverman, P.C.
                                 *The New England Office*
                                 136 Main Street, Suite 301
                                 Danielson, CT 06239
                                 atroccoli@creditlaw.com

                                 **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I, Angela K. Troccoli, Esquire, hereby certify that I have this 24th day of July, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michelle Dove
General Counsel and Chief Compliance Officer
IC System, Inc.
444 Highway 96 E
St Paul MN 55127
MDove@icsystem.com
Registered Agent for Defendant

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire